UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23978-CIV-MORENO

FORD OF KENDALL, LLC d/b/a Ford of Kendall,

        Plaintiff,

vs.

RAUDEL LEMUS,

        Defendant.
_____/

## ORDER COMPELLING ARBITRATION

THIS CAUSE came before the Court upon the mandate from the Eleventh Circuit Court of Appeals, which instructs this Court to compel arbitration in this case. Accordingly, it is

**ADJUDGED** that the Court compels arbitration in this case consistent with the Eleventh Circuit's mandate.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of December 2024.

                                      FEDERICO A. MORENO
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record